**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IN RE:                                                                                                    Chapter 13
        **Monica Manning,**                                                       Case No.: 17-72131-las
                             **Debtor(s)**            **SECOND AMENDED**
                                                             **CHAPTER 13 PLAN**
-----------------------------------------------------------------X

    1. The future earnings of the debtor(s) are submitted to the supervision and control of the Trustee and the debtor(s) shall pay to the trustee for a total of **60** months, the sum of:

        $ 625.00 commencing **May, 2017** through and including **September, 2017** for a period of **5** months;

        **$1,883.00** commencing **October, 2017** through and including **April, 2022** for a period of **55** months;

    2. From the payments so received, the trustee shall make disbursements as follows:

        (a)    Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.
            **Administrative Claim Richard L. Stern, PC $ 2,500.00**
            **Internal Revenue Service**                  **$ 6,908.33**

        (b)    Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

        **Debtor to surrender the real property located at 3 Indian Valley Road, Setauket, NY 11733 to creditors secured by the property. No post-petition payments shall be made by the Debtor with respect to the property.**

        **ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO MORTGAGE PAYMENTS VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S)**

        (c)    Subsequent to distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **100% distribution**. To all timely filed claims.

    3. All lease agreements are hereby assumed, unless specifically rejected as follows:

        **Debtor is current on payments to Hann Financial Service Corp. (Account ending in 5016) for the 2015 Audi Q5. All post-petition payments on the aforementioned car lease are to be paid outside of the plan.**
        **Debtor is to surrender the 2016 Cadillac CTS to GM Financial Leasing (Account ending in 0354).**

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan, <u>unless otherwise provided in the Order confirming this plan</u>. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

*/s/ Monica Manning*
Monica Manning                                                      Joint Debtor:

Dated: September 27, 2017                          */s/ Peter Corey*
                                                                    Attorney for Debtor(s): Richard L. Stern, P.C.